1  **BRIDGET KENNEDY**
   California State Bar No. 253416
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
   225 Broadway, Suite 900
3  San Diego, California 92101-5030
   Telephone (619) 234-8467
4  Facsimile (619) 687-2666
   bridget_kennedy@fd.org
5

6  Attorneys for Mr. Gonzalez-Gonzalez

7

8                    UNITED STATES DISTRICT COURT

9                 FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,         )    Case No. 08mj2175
                                     )
12           Plaintiff,               )
                                     )
13 v.                                )
                                     )    **NOTICE OF APPEARANCE**
14 SALVADOR GONZALEZ-GONZALEZ,       )
                                     )
15           Defendant.               )
                                     )
16

17         Pursuant to implementation of the CM/EMF procedures in the Southern District of California,

18 Bridget L. Kennedy, Federal Defenders of San Diego Inc., files this Notice of Appearance as lead attorney in

19 the above-captioned.

20                                        Respectfully submitted,

21 Dated: July 18, 2008                    *s/ Bridget Kennedy*
                                           Federal Defenders of San Diego, Inc.
22                                         *bridget_kennedy@fd.org*

23

24

25

26

27

28

**BRIDGET KENNEDY**
California State Bar No. 253416
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone (619) 234-8467
Facsimile (619) 687-2666
bridget_kennedy@fd.org

Attorneys for Ms. Gonzalez-Gonzalez

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,      ) | Case No. 08mj2175 |
|                                                       ) | |
|                   Plaintiff,                       ) | |
|                                                       ) | |
| v.                                                  ) | PROOF OF SERVICE |
|                                                       ) | |
| **SALVADOR GONZALEZ-GONZALEZ,** ) | |
|                                                       ) | |
|                   Defendant.                    ) | |

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served via CM/ECF this day upon:

        **United States Attorney**
        efile.dkt.gc1@usdoj.gov

Dated: July 18, 2008                                  *s/ Bridget L. Kennedy*
                                                                    **BRIDGET L. KENNEDY**
                                                                    Federal Defenders of San Diego, Inc.,
                                                                    225 Broadway, Suite 900
                                                                    San Diego, CA 92101-5030
                                                                    (619) 234-8467  (tel)
                                                                    (619) 687-2666  (fax)
                                                                    e-mail:bridget_kennedy@fd.org